UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARAM MATTA ISKANDAR WASEF,

Petitioner,

v.

CHRISTOPHER CHESTNUT, *et al.*,

Respondents.

Case No.  1:26-cv-1078-DAD-JDP

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 13, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  On April 21, 2026, respondents filed objections which object merely for the reasons set forth in their previous briefing, which does not provide a reason to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations issued on April 13, 2026 (Doc. No. 13) are adopted in full;

2.    The petition for writ of habeas corpus (Doc. No. 1) is GRANTED;

3.    Respondents' motion to dismiss (Doc. No. 8) is DENIED;

4.    The preliminary injunctive relief previously granted (Doc. No. 10) is made permanent; and

5.    The Clerk of Court is directed to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:    **May 4, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2